UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BLAS ANTE RODRIGUEZ,<br>Petitioner,<br>v.<br>BRUCE SCOTT, Warden of Northwest ICE Processing Center; and MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security,<br>Respondents. | No. 2:26-CV-02562-SAB<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** |

Before the Court is Petitioner's Motion for Temporary Restraining Order, ECF No. 2. Petitioner is representing himself in the matter. Respondents are represented by Lawrence J. Van Daley, Sr. The Motion was considered without oral argument.

Petitioner requests the Court grant an emergency temporary restraining order enjoining the Department of Homeland Security, United States Citizenship and Immigration Services, and Immigration and Customs Enforcement from re-arresting or re-detaining him at future interviews or any related citizenship proceedings.

//

It appears the Motion is moot, as Petitioner is already in custody at the Northwest ICE Processing Center, and, off the face of the record, it does not appear that his release is imminent.

Further, Petitioner has neither paid the case filing fee nor requested that the Court waive the fee, and the Clerk has given Petitioner a deadline of August 20, 2026, to either pay the fee or file a waiver application. Until the fee issue has been resolved, the Court will take no further action on this case.

Accordingly, **IT IS HEREBY ORDERED**:

1. Petitioner's Motion for Temporary Restraining Order, ECF No. 2, is **DENIED as moot**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and *pro se* Petitioner.

**DATED** this 21st day of July 2026.

Stanley A. Bastian
United States District Judge